NEW YORK BAY RAILROAD COMPANY, PENNSYLVANIA RAILROAD COMPANY, LESSEE; CENTRAL RAILROAD COMPANY OF NEW JERSEY, LEHIGH VALLEY RAILROAD COMPANY OF NEW JERSEY, RESPONDENTS, v. STATE BOARD OF TAXES AND ASSESSMENT, NEWTON A. K. BUGBEE, COMPTROLLER, ETC., APPELLANTS:

Argued March 10, 1924—Decided May 19, 1924.

On appeal from the Supreme Court.

For the respondents, *Wall, Carey & Hartpence, Collins & Corbin* and *Maximilian M. Stallman.*

For the appellants, *Edward P. Stout.*

PER CURIAM.

We are satisfied with the conclusion reached by the Supreme Court in the group of cases represented by the three respondents.    The judgments of the Supreme Court are, therefore, in each of the cases in each of the groups of the three respondents affirmed.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, JJ.    12.

*For reversal*—None